IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT 18 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 17-30168-DRH |
| HARVEL HARRIS, ) | Title 18, United States Code, |
| Defendant. ) | Sections 1791(a)(2) and 1791(b)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about August 13, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**HARVEL HARRIS,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*Donald S. Boyce*
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention